IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR116 |
| vs. | |
| ARLEY WATSON, | ORDER |
| Defendant. | |

Defendant Arley Watson appeared before the court on Wednesday, March 28, 2018 on a Petition for Warrant for Offender Under Supervision [78]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Martin J. Conboy IV. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held on Wednesday, March 28, 2018. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 31, 2018 at 2:00 p.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 28th day of March, 2018

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge